United States District Court
Southern District of Texas
**ENTERED**
May 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS HENRY ROLLE II, (SPN #02265034) Plaintiff, | § § § § § § | CIVIL ACTION NO. 4:22-cv-00615 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| J. PRINCE, *et al*, Defendants. | § § | |

### MEMORANDUM ON DISMISSAL

Thomas Henry Rolle II was an inmate of the Harris County Jail when he filed his civil rights complaint under 42 USC § 1983. The Clerk entered a notice of deficient pleading on March 3, 2022. It required Rolle to pay the filing fee or submit an application to proceed *in forma pauperis* with certified inmate account information within thirty days. Dkt 4. He hasn't complied.

Under the inherent powers necessarily vested in a district court to manage its own affairs, this action is dismissed for want of prosecution. See FRCP 41(b); *Link v Wabash Railroad Co*, 370 US 626, 630–31 (1962); *Clofer v Perego*, 106 F3d 678, 679 (5th Cir 1997); James W. Moore, *et al*, 8 *Moore's Federal Practice* § 41.51(3)(b) & (e) (Matthew Bender 3d ed 2017).

Relief under Rule 60(b) of the Federal Rules of Civil Procedure will be granted upon a proper showing. See *Link*, 370 US at 635.

The civil action filed by Plaintiff Thomas Henry Rolle II is DISMISSED WITHOUT PREJUDICE for want of prosecution.

Rolle's motion to proceed *in forma pauperis* is DENIED as moot. Dkt 2.

Any other motions are DENIED AS MOOT.

SO ORDERED.

Signed on May 6, 2022, at Houston, Texas.

*Chas R Eskridge II*
Hon. Charles Eskridge
United States District Judge